**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

KENYADA HINTON,                        :
                                       :
        *Plaintiff,*                   :
                                       :    Case No. 1:25-cv-605
vs.                                    :
                                       :    Judge Jeffery P. Hopkins
OFFICER GROTE, *et al.*,               :
                                       :
        *Defendants.*                  :
                                       :

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

This matter is before the Court on the Order and Report and Recommendation issued by Magistrate Judge Karen L. Litkovitz on August 25, 2025. Doc. 5. The Magistrate Judge has recommended that Plaintiff's state court action removed to this Court be remanded back to state court. The Magistrate Judge has also ordered that Plaintiff's federal court complaint be construed as the operative complaint in this matter. Plaintiff has filed objections. Doc. 7. For the reasons explained below, Plaintiff's objections are **OVERRULED**, the Magistrate Judge's Report and Recommendation is **ADOPTED**, and Plaintiff's state court action removed to this Court is **REMANDED** to the Hamilton County Court of Common Pleas.

**I.      STANDARD OF REVIEW**

If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* § 636(b)(1).

## II.     LAW AND ANALYSIS

Plaintiff Kenyada Hinton sought to invoke the jurisdiction of this Court over an action that she initiated in state court by filing a Notice of Removal, pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1446. Doc. 1. In sum, Plaintiff sought to remove and have this Court hear and decide a separate case that she originally filed in the Hamilton County Court of Common Pleas against the Colerain Township Police Department and two Colerain Township police officers. Doc. 1-1. In her original state court complaint, Plaintiff alleged claims arising under state law and the Fourth and Fourteenth Amendments of the United States Constitution. Doc. 1-1, PageID 4–10. At the time of removal, Plaintiff also filed a separate complaint in federal court asserting claims against the Colerain Township Police Department and the two Colerain Township police officers originally named, along with Colerain Township Chief of Police Edwin C. Cordie III, Prosecutor Melissa Kaniaris, Judge Donte Johnson, the Bureau of Motor Vehicles, and Attorney Clyde Bennett. Doc. 3, PageID 26. In the Report and Recommendation, the Magistrate Judge ordered that Plaintiff's federal court complaint be construed as the operative complaint in this case and recommended that Plaintiff's attempt to remove her state court action be remanded back to that court predicated on the notion that as a plaintiff in the state court action, she cannot, by law, remove that case from state to federal court. Doc. 5, PageID 49. Plaintiff objects to this recommendation, but offers no opposition to her federal court complaint being construed by this Court as the operative complaint for purposes of airing out her grievances with the defendants commonly named in both her state and federal court complaints. Doc. 7.

Here, the law is clear: "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed *by the defendant or the*

*defendants*, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a) (emphasis added). The Magistrate Judge correctly concluded that Plaintiff does not have a right of removal to federal court. Doc. 5, PageID 47–48. Further, the Court is disinclined to entertain Plaintiff's request "to align all claims in this forum via supplemental jurisdiction" when Plaintiff has the opportunity to pursue similar relief against the named defendants in this Court short of circumventing the strictures of § 1441(a) which only permits a defendant to remove a case filed in state court to federal court.

### III.    CONCLUSION

For the reasons stated, Plaintiff's objections (Doc. 7) are **OVERRULED**, the Magistrate Judge's Report and Recommendation (Doc. 5) is **ADOPTED**, and Plaintiff's state court action sought to be removed by her to this Court is **REMANDED** to the Hamilton County Court of Common Pleas. The federal court complaint against the defendants named in both suits will proceed as the operative complaint in this matter.

**IT IS SO ORDERED.**

June 2, 2026

Jeffery P. Hopkins
United States District Judge

3